```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**RICHARD L. ARMSTRONG,**

        **Plaintiff,**

**v.**                            **CIVIL ACTION NO. 1:19CV173**
                                                                **(Judge Keeley)**

**ANTERO RESOURCES CORPORATION,**

        **Defendant.**

## ORDER FOLLOWING SCHEDULING CONFERENCE

On December 11, 2019, the Court held a scheduling conference at which it took up the pending motion to dismiss filed by the Defendant, Antero Resources Corporation ("Antero") (Dkt. No. 14). For the reasons stated on the record, the Court:

- **GRANTS IN PART** and **DENIES IN PART** Antero's motion (Dkt. No. 7);

- **GRANTS** the plaintiff, Richard L. Armstrong ("Armstrong"), leave to amend his Complaint on or before **Friday, January 10, 2020,** to allege a complete contract;

- **DISMISSES WITHOUT PREJUDICE** Armstrong's breach-of-contract claim based on his alleged right of inspection; and

- **DISMISSES WITH PREJUDICE** Armstrong's independent claims for damages under W. Va. Code § 37C-1-3, breach

**ARMSTRONG v. ANTERO RES. CORP.** 1:19CV173

**ORDER FOLLOWING SCHEDULING CONFERENCE**

    of the duty of good faith and fair dealing, and breach of fiduciary duty.

It is so **ORDERED**.

The Court directs the Clerk to transmit copies of this Order to counsel of record.

DATED: December 12, 2019

                              /s/ Irene M. Keeley
                              IRENE M. KEELEY
                              UNITED STATES DISTRICT JUDGE